

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00499-CV

**IN RE E.J.G AND E.I.G.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05544
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

Appellee's brief was due January 16, 2019. Neither the brief nor a motion for extension of time has been filed. We **order** appellee's brief due **February 4, 2019**. If the brief is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court